IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

R. CASPER ADAMSON,

    Plaintiff,

v.                                                            CASE NO. 4:04-cv-00389-MP-AK

JAMES R. McDONOUGH, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 49, Second Report and Recommendations of the Magistrate Judge, recommending that defendants' motion to dismiss, Doc. 8, be granted and this cause dismissed.  The Magistrate Judge filed the Second Report and Recommendation on Monday, February 27, 2006, supplementing his first Report and Recommendation in response to this court's order remanding the matter back to the Magistrate Judge with instructions to apply the standard announced in Procunier v. Martinez, 416 U.S. 396 (1974), with respect to plaintiff's First Amendment claim.  See Doc. 48.  The Magistrate Judge's first Report and Recommendation, Doc. 45, will be considered for all other aspects of plaintiff's claim.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

Plaintiff has filed objections to the Magistrate's reports, Docs. 46 and 50.  Having considered the Report and Recommendation and all objections thereto filed, I have determined that the Report and Recommendation should be adopted.  The Court fully agrees with the lengthy, well-reasoned report of the Magistrate Judge.  There is a specific grant of legislative

authority to support the administrative rule at issue.  <u>See</u> Chapter 944.09 F.S.A.  Additionally, the rule is valid under the test set forth in <u>Procunier v. Martinez</u>, 416 U.S. 396 (1974).  Furthermore, being prohibited from sending outgoing mail to solicit pen pals does not inhibit Plaintiff's right to free exercise of religion.  Finally, the rule does not abridge Plaintiff's right to marry.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss, Doc. 8, is granted.

3. Plaintiff's motion for preliminary injunction, Doc. 41, is denied, and the amended complaint, Doc. 6, is dismissed with prejudice.

**DONE AND ORDERED** this   *29th* day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge