IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**R. CASPER ADAMSON,**

    **Plaintiff,**

**vs.**                                                    **CASE NO. 4:04CV389-MP/AK**

**JAMES R. MCDONOUGH, et al,**

    **Defendants.**

                                                /

## ORDER OF DISMISSAL

Presently before the Court in the above entitled matter is the Stipulation of Dismissal signed by Plaintiff and counsel for the Defendants. This matter is, therefore, **DISMISSED WITH PREJUDICE**, each party to bear their own fees, costs and expenses.

**DONE AND ORDERED** this 7th day of March, 2008.

                                          S/ A Kornblum
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**