IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

R. CASPER ADAMSON,

    Plaintiff,

vs.        CASE NO. 4:04CV389-MP/AK

JAMES R. MCDONOUGH, et al,

    Defendants.

_____/

## ORDER OF DISMISSAL

Presently before the Court is Plaintiff's Motion for Reconsideration, (doc. 93), wherein he requests that the Court reconsider its previous Order of Dismissal with prejudice. (Doc. 92). Plaintiff is correct that the Stipulation of Dismissal signed by the parties does not specify the type of dismissal, and if he agreed to voluntarily dismiss this cause without prejudice, it shall be so.

Accordingly, it is

**ORDERED:**

1. That Plaintiff's Motion for Reconsideration (doc. 93) be **GRANTED**, and the previous Order of Dismissal (doc. 92) be **VACATED**.

2. This cause is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this  _15th_  day of April, 2008.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**